**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES MEADOWS<br>CAROL ANN MEADOWS<br>602 GEDDINGS DRIVE<br>MYRTLE BEACH, SC  29588-6020<br><br>　　　　　　DEBTORS<br><br>SS#1: XXX-XX-0008   SS#2: XXX-XX-6799 | CHAPTER 13<br><br>CASE NO.:  10-02964-jw |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

  Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 974382 in the amount of $1,023.74 representing monies designated as dividends to creditors as follows:

| | |
|---|---|
| CREDITOR NAME: | Cindy Kitchen<br>c/o Maguire Law Firm<br>1600 N Oak St #B<br>Myrtle Beach, SC  29577-3525 |
| REASON FOR RETURN: | failure to clear |
| AMOUNT: | $1,023.74 |

  Date: December 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Joy S. Goodwin, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1813 Laurel Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Columbia, SC 29201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (803) 779-5180
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:    (803) 765-0167
　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: pleadings@ch13trustee.net